Certificate Number: 05781-KYE-DE-041699747

Bankruptcy Case Number: 26-10328

05781-KYE-DE-041699747

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2026, at 9:03 o'clock AM PST, Gregory Armstrong completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Kentucky.

Date: November 20, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President